United States District Court
for the
Southern District of New York

| | | |
|---|---|---|
| LPP MORTGAGE LTD, Plaintiff, | ) | Civil Action No. 17-CV-1277 |
| v. | ) | |
| PAUL FEATHERSTON, MERRITT FEATHERSTON, Defendants | ) | **ORDER DISCONTINUING ACTION, VACATING JUDGMENT OF FORECLOSURE AND SALE AND CANCELING LIS PENDENS** |

On reading the Notice of Motion of the Plaintiff dated April 30, 2024, and the supporting Affirmation of Zachary Robin Gold, Esq., of Friedman Vartolo LLP, attorneys of record for Plaintiff herein dated April 30, 2024, and said motion having been submitted to the Court; and on all the pleadings, papers and proceedings heretofore had herein; and the Plaintiff's application having come on to be heard before this Court; and due deliberation having been had on all the issues and matters raised therein;

**NOW**, on motion of **Friedman Vartolo LLP**, the attorneys for Plaintiff, it is;

**ORDERED**, that the instant motion is granted; and it is further

**ORDERED**, that the above-entitled action be and the same is hereby discontinued as a result of a loan modification agreement, without prejudice and without costs to either party as against the other; and it is further

**ORDERED**, that the notices of pendency filed in this action on March 1, 2017 against 62 Parkwood Boulevard, Poughkeepsie, NY 12603 is hereby canceled and the clerk is hereby directed to enter upon the margin of the record of same a notice of cancellation referring to this Order; and it is further

**ORDERED**, that the Judgment of Foreclosure and Sale entered on January 28, 2019 shall be

vacated and set aside; and it is further

**ORDERED**, that Christopher Blake Meagher, Esq., heretofore appointed Referee in this action, be and hereby is released and discharged from his duties as said Referee; and it is further

**ORDERED**, that Plaintiff hereby deaccelerates the maturity of the loan and withdraws all prior demands for immediate payment of all sums secured by the Security Instrument re-institutes the loan as an installment loan; and it is further

**ORDERED**, that a copy of this Order with notice of entry be served upon all parties entitled to notice. by Plaintiff.

Dated: May 20, 2024

ENTER,

Cathy Seibel

HON. Cathy Seibel, ~~J.S.C.~~ XXXX U.S.D.J.

The Clerk shall terminate ECF No. 64.